UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FRANCISCO RODRIGUEZ, | No. C 11-05134 LB |
| Plaintiff, | **ORDER RE BRIEFING SCHEDULE** |
| v. | |
| BANK OF AMERICA CORPORATION, *et al.*, | |
| Defendants. | |

On October 26, 2011, Defendant Bank of America Corporation filed a motion to dismiss. ECF No. 5. In the related docket entry, Defendant misidentified the dates that the opposition and reply briefs are due. The opposition brief should have been listed as due on November 9, 2011. N.D. Cal. Local Rule 7-3(a). The reply brief should have been listed as due on November 16, 2011. N.D. Cal. Local Rule 7-3(c). Given Defendant's error, the court amends the briefing schedule as follows: the opposition brief is now due on November 11, 2011, and the reply brief is due on November 16, 2011.

**IT IS SO ORDERED.**

Dated: November 4, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-05134 LB
ORDER RE BRIEFING SCHEDULE