IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO RODRIGUEZ,

          Plaintiff,

     v.

BANK OF AMERICA CORP., et al.,

          Defendants.

NO. C11-5134 TEH

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

On November 25, 2011, the Plaintiff, Francisco Rodriguez ("Plaintiff") filed an amended complaint. On December 9, 2011, Defendants Bank of America Corp and Mortgage Electronic Registration Systems, Inc. ("Defendants") filed a motion to dismiss the first amended complaint. A motion hearing was set for January 30, 2012, with a response from the plaintiff due on December 23, 2011 and an anticipated reply deadline for the Defendants of December 30, 2011. To date, the Plaintiff has filed no response, nor any further amended complaint, nor any further filing of any kind. In light of this fact, Defendants noticed the Court on January 6, 2012, of Plaintiff's non-opposition to their motion to dismiss.

The Court hereby orders that the Plaintiff show cause why the Court should not deem the Plaintiff to have consented to the motion to dismiss, and grant the motion as requested in the Defendant's notice of non-opposition. The hearing presently set on January 30, 2012, shall remain as set in Courtroom 2, 17th Floor of the U.S. District Court in San Francisco. Defendants' counsel is granted leave to appear by telephone.

**IT IS SO ORDERED.**

Dated: 1/10/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT