IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO RODRIGUEZ,

          Plaintiff,

v.

BANK OF AMERICA CORP., et al.,

          Defendants.

NO. C11-5134 TEH

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND SANCTIONS IMPOSED

      On November 25, 2011, Plaintiff Francisco Rodriguez ("Plaintiff") filed an amended complaint. On December 9, 2011, Defendants Bank of America Corporation and Mortgage Electronic Registration Systems, Inc. ("Defendants") filed a motion to dismiss the first amended complaint. A motion hearing was set for January 30, 2012, with a response from Plaintiff due on December 23, 2011, and an anticipated reply deadline for Defendants of December 30, 2011. Plaintiff filed no response of any kind. Defendants noticed the Court on January 6, 2012, of Plaintiff's non-opposition to their motion to dismiss. This Court issued an order to show cause why the case should not be dismissed on January 10, 2012, which was scheduled to be heard with the motion to dismiss, on January 30, 2012.

      Numerous attempts by the Court's Courtroom Deputy to reach Plaintiff's counsel were unsuccessful. The Courtroom Deputy attempted to reach Plaintiff's counsel on multiple occasions before the issuance of the January 10 order, calling both the number provided to the Court on his filings and an alternate number listed on his web site, and leaving messages on both his voice mail and with his firm's receptionist. The Court received no response.

      To date, the Plaintiff has filed no opposition to the motion to dismiss, nor any further amended complaint, nor any response to the January 10 order, nor any further filing whatsoever. Furthermore, Plaintiff's counsel did not appear at the hearing held before this

Court on January 30, 2012, at which arguments on the Defendant's motion to dismiss and the Court's order to show cause were to be heard.

In short, since the filing of the first amended complaint on November 25, 2011, counsel for Plaintiff has had no contact with the Court whatsoever, and has now failed to appear at a long-scheduled hearing, without offering any form of notice or explanation to the Court. This is an egregious dereliction of duty by Plaintiff's attorney, as well as an unacceptable violation of the rules of this Court.

Although the Court could dismiss this case based on counsel's failure to appear, it does not want to unfairly punish Plaintiff for what appears to be his counsel's misconduct. Therefore, the Court hereby ORDERS that Plaintiff, once again, show cause why the complaint should not be dismissed. The Court further ORDERS Plaintiff's counsel to show cause why sanctions should not be imposed for his repeated failures to comply with Court orders and rules in this case. These sanctions may include monetary sanctions, referral to the Court's Standing Committee on Professional Conduct, referral to the California State Bar, and/or any other sanctions deemed to be appropriate by the Court. Finally, the Court ORDERS Mr. Wendell J. Jones to personally appear before the Court on **March 5, 2012, at 10:00 AM** in Courtroom 2, 17th Floor of the U.S. District Court in San Francisco. If he does not appear, the Court may order the United States Marshal to locate Mr. Jones and bring him before the Court. Defendants' counsel is granted leave to appear by telephone.

Should the Plaintiff wish to file any written response to this order, it must be filed on or before **February 20, 2012.**

**IT IS SO ORDERED.**

Dated: 1/30/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT