WENDELL J. JONES, (State Bar No. 202302)
1901 South Bascom Avenue, Suite 333
Campbell, CA 95008
Telephone/ Facsimile: (408) 371-7589

Attorneys for Plaintiff
FRANCISCO RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: 4:11-CV-05134-LB<br><br>**STIPULATION TO SUSPEND TRUSTEE SALE** |

It is hereby stipulated and agreed between Plaintiff FRANCISCO RODRIGUEZ and Defendants BANK OF AMERICA CORPORATION and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., each through their respective undersigned counsel of record, the following stipulation be entered and made the order of the court:

1. No Trustee Sale is to take place regarding the property located at 1810 Visalia Avenue, Richmond, CA, Contra Costa County until at least forty-five (45) days after the Plaintiff has been notified by the Defendant of the decision regarding Plaintiff's loan modification request whereby notice of the decision on the loan modification request is to be communicated to Plaintiff's counsel via mail or email from Defendants' counsel; and,

1       2.      Plaintiff agrees to dismiss this lawsuit with prejudice as to all parties, within five (5) days of execution of this Stipulation.

3.      Plaintiff shall submit the loan modification package no later than March 12, 2012. The loan modification package shall include all documents required by, and stated as such, in the instructions that accompanied the loan modification application.

4.      Failure to provide the loan modification package with all documents as required by the instructions on or before March 12, 2012, shall constitute a waiver and cause the forty-five (45) day postponement of the Trustee Sale to commence immediately.

5.      Submission of the loan modification package after March 12, 2012, shall not toll the forty-five day (45) postponement, which commenced due to Plaintiff's failure to submit the loan modification package before March 12, 2012.

6.      Plaintiff will comply with Defendants' request(s) for supplemental documentation for the modification review within seven (7) days of any such request(s).

The parties further stipulate that a facsimile signature shall be the equivalent of original signatures for all purposes.

DATED: February 23, 2012

                                                                **MCGUIREWOODS LLP**


By:___/s/ Wendell Jones_____          By:___/s/ Lee Hammer_____
   Wendell J. Jones                                       Lee Hammer
   Attorney for Plaintiff                                 Attorney for Defendants

**IT IS SO ORDERED**
02/28/2012
Judge Thelton E. Henderson

2
STIPULATION TO SUSPEND TRUSTEE'S SALE - Case No. 4:11-CV-05134-LB