| | |
|---|---|
| 1 | **WENDELL J. JONES, (State Bar No. 202302)**<br>1901 S. Bascom Avenue |
| 2 | Suite 333<br>Campbell, CA 95008 |
| 3 | Telephone/ Facsimile: (408) 371-7589 |
| 4 | Attorney for Plaintiff |
| 5 | FRANCISCO RODRIGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | **FRANCISCO RODRIGUEZ, an individual** | Case No.: **4:11-CV-05134-LB** |
| 11 | **Plaintiff,** | |
| 12 | vs. | **PLAINTIFF'S MOTION TO DISMISS** |
| 13 | | |
| 14 | **BANK OF AMERICA CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1 through 50, inclusive,** | |
| 17 | **Defendants** | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice against Defendants BANK OF AMERICA CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1 through 50, inclusive.

DATED: February 23, 2012                The Law Office of Wendell J. Jones

                                        BY:   /s/Wendell J. Jones
                                              Wendell J. Jones
                                              ATTORNEY FOR PLAINTIFF

[Court Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Thelton E. Henderson, 02/28/2012]

PLAINTIFF'S MOTION TO DISMISS

1