| | |
|---|---|
| 1 | **WENDELL J. JONES, (State Bar No. 202302)** |
| | 1901 S. Bascom Avenue |
| | Suite 333 |
| 2 | Campbell, CA 95008 |
| | Telephone/ Facsimile:  (408) 371-7589 |
| 3 | |
| 4 | Attorney for Plaintiff |
| | FRANCISCO RODRIGUEZ |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO RODRIGUEZ, an individual** | |
| | Case No.: **4:11-CV-05134-LB** |
| **Plaintiff,** | |
| vs. | **PLAINTIFF'S MOTION TO DISMISS** |
| **BANK OF AMERICA CORPORATION;** | |
| **MORTGAGE ELECTRONIC** | |
| **REGISTRATION SYSTEMS, INC. and** | |
| **DOES 1 through 50, inclusive,** | |
| **Defendants** | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice against Defendants BANK OF AMERICA CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1 through 50, inclusive.

DATED: February 23, 2012            The Law Office of Wendell J. Jones

                                    BY:   /s/Wendell J. Jones
                                          Wendell J. Jones
                                          ATTORNEY FOR PLAINTIFF

[Court stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Thelton E. Henderson — 02/28/2012]

PLAINTIFF'S MOTION TO DISMISS

1